IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., <br><br> Plaintiffs, <br><br> v. <br><br> HILITE INTERNATIONAL, INC., AISIN SEIKI CO., LTD, and AISIN AUTOMOTIVE CASTING TENNESSEE, INC. <br><br> Defendants. | CIVIL ACTION NO. 07-C-3339 <br><br> **The Honorable Mark Filip** <br> **United States District Court Judge** <br><br> **Magistrate Judge Valdez** |

### DEFENDANT HILITE INTERNATIONAL, INC.'S
### MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Defendant Hilite International, Inc. ("Hilite") hereby requests an order transferring this action to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a).

Defendants Aisin Seiki Co., Ltd and Aisin Automotive Casting Tennessee, Inc. (collectively "Aisin") recently filed a Motion to Transfer Venue under 28 U.S.C. § 1404(a) (Docket No. 32). As explained in that motion, the patent at issue in this case, U.S. Patent No. 5,497,738 ("the '738 patent"), was recently litigated in the District of Delaware ("the Prior Delaware Action"). In that action, Plaintiffs BorgWarner Inc. and BorgWarner Morse Tec Inc. (collectively "BorgWarner") asserted the '738 patent against Hitachi, Ltd.'s variable camshaft timing components.

During the twenty-six months the Prior Delaware Action was pending, the parties litigated numerous issues that would have resulted in the Delaware court obtaining detailed knowledge concerning the '738 patent. Because the Delaware court has had significant exposure

to issued involving the '738 patent and variable camshaft technology, and for other reasons set

forth in Aisin's motion papers and in the Memorandum in Support of Hilite's Motion to Transfer

filed herewith, Hilite requests an order transferring this case to the United States District Court

for the District of Delaware for the sake of efficiency and economy.

Dated: November 16, 2007                                Respectfully submitted,


                                                        _____s/ John M. Michalik_____
                                                        John M. Michalik
                                                        State Bar No. 6280622
                                                        jmichalik@jonesday.com
                                                        JONES DAY
                                                        77 West Wacker
                                                        Chicago, IL  60601-1692
                                                        Telephone:     (312) 782-3939
                                                        Facsimile:      (312) 782-8585



*Of Counsel:*
Timothy J. O'Hearn (*pro hac vice* app. pending)
tohearn@jonesday.com
Karl M. Maersch (*pro hac vice* app. pending)
kmmaersch@jonesday.com
Peter D. Siddoway (*pro hac vice* app. pending)
pdsiddoway@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114-1190
Telephone:     (216) 586-3939                           *Attorneys for Defendant*
Facsimile:      (216) 579-0212                          *Hilite International, Inc.*

CLI-1567043