# Exhibit A



| **Home** | **Login** | **Search** | **Sitemap** | **Imprint** | **Disclaimer** |

Home » Corporate » Locations » USA

## Locations in the USA

- Corporate
  - History
  - Locations
    - Hungary
    - France
    - Germany
    - USA
  - Organization
  - Philosophy
  - References
    - News
- Products
- Equipment
  - Quality
  - Career
  - Contact
- Data Protection



## Locations in the Great Lakes Region



Home » Corporate » Locations » USA

| **Home** | **Login** | **Search** | **Sitemap** | **Imprint** | **Disclaimer** |