# Exhibit D

PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00512-SLR

| | |
|---|---|
| Aisin Seiki Co Ltd. v. BorgWarner Inc. et al | Date Filed: 08/22/2007 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: Plaintiff |
| Related Case: 1:05-cv-00048-SLR | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Aisin Seiki Co Ltd.**　　represented by　**Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Jacobs Louden**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: kjlefiling@mnat.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BorgWarner Inc.**　　represented by　**William J. Wade**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7718
Email: wade@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shea Gaza**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551

                                          Wilmington, DE 19899
                                          (302) 658-6541
                                          Email: gaza@rlf.com
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**BorgWarner Morse Tec Inc.**        represented by  **William J. Wade**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Anne Shea Gaza**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2007 | 1 | COMPLAINT filed with Jury Demand against Borgwarner Inc., BorgWarner Morse Tec Inc. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 148624.) - filed by Aisin Seiki Co Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet # 4 Acknowledgement of Consent Form)(els) (Entered: 08/23/2007) |
| 08/22/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (els) (Entered: 08/23/2007) |
| 08/22/2007 |  | Summons Issued as to Borgwarner Inc. on 8/22/2007; BorgWarner Morse Tec Inc. on 8/22/2007. (els) (Entered: 08/23/2007) |
| 08/22/2007 | 3 | Disclosure Statement pursuant to Rule 7.1 filed by Aisin Seiki Co Ltd. identifying Toyota Motor Corporation as Corporate Parent. (els) (Entered: 08/23/2007) |
| 08/23/2007 | 4 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 5,775,279; 5,836,277; (els) (Entered: 08/23/2007) |
| 08/29/2007 |  | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 08/29/2007) |
| 10/17/2007 | 5 | SUMMONS Returned Executed by Aisin Seiki Co Ltd.. BorgWarner Inc. served on 10/17/2007, answer due 11/6/2007. (Louden, Karen) (Entered: 10/17/2007) |
| 10/17/2007 | 6 | SUMMONS Returned Executed by Aisin Seiki Co Ltd.. BorgWarner Morse Tec Inc. served on 10/17/2007, answer due 11/6/2007. (Louden, Karen) (Entered: 10/17/2007) |
| 10/19/2007 | 7 | MOTION for Pro Hac Vice Appearance of Attorney Steven P. Weihrouch, Richard D. Kelly and Eric Schweibenz - filed by Aisin Seiki Co Ltd.. (Louden, Karen) Modified on 10/22/2007 (fmt, ). (Entered: |

| | | |
|---|---|---|
| | | 10/19/2007) |
| 10/23/2007 | | SO ORDERED, re 7 MOTION for Pro Hac Vice Appearance of Attorney Steven P. Weihrouch and Richard D. Kelly filed by Aisin Seiki Co Ltd. Signed by Judge Sue L. Robinson on 10/23/07. (rlp) (Entered: 10/23/2007) |
| 11/01/2007 | 8 | NOTICE of Appearance by Anne Shea Gaza on behalf of BorgWarner Inc., BorgWarner Morse Tec Inc. (Gaza, Anne) (Entered: 11/01/2007) |
| 11/01/2007 | 9 | STIPULATION TO EXTEND TIME to move, answer or otherwise respond to Complaint to December 19, 2007 - filed by BorgWarner Inc., BorgWarner Morse Tec Inc.. (Gaza, Anne) (Entered: 11/01/2007) |
| 11/01/2007 | 10 | NOTICE of Appearance by William J. Wade on behalf of all defendants (Wade, William) (Entered: 11/01/2007) |
| 11/02/2007 | | SO ORDERED, re 9 STIPULATION TO EXTEND TIME to move, answer or otherwise respond to Complaint to December 19, 2007 filed by BorgWarner Morse Tec Inc., BorgWarner Inc., Set/Reset Answer Deadlines: BorgWarner Inc. answer due 12/19/2007; BorgWarner Morse Tec Inc. answer due 12/19/2007. Signed by Judge Sue L. Robinson on 11/2/07. (rlp) (Entered: 11/02/2007) |
| 11/14/2007 | 11 | MOTION for Pro Hac Vice Appearance of Attorney James A. Hardgrove, Hugh A. Abrams and Aaron S. Mandel - filed by BorgWarner Inc., BorgWarner Morse Tec Inc.. (Gaza, Anne) (Entered: 11/14/2007) |
| 11/14/2007 | 12 | Disclosure Statement pursuant to Rule 7.1 filed by BorgWarner Inc., BorgWarner Morse Tec Inc. identifying BorgWarner Inc. as Corporate Parent. (Gaza, Anne) (Entered: 11/14/2007) |
| 11/14/2007 | 13 | MOTION to Transfer Case to Northern District of Illinois - filed by BorgWarner Inc., BorgWarner Morse Tec Inc.. (Attachments: # 1 Text of Proposed Order # 2 7.1.1 Certification)(Gaza, Anne) (Entered: 11/14/2007) |
| 11/14/2007 | 14 | OPENING BRIEF in Support re 13 MOTION to Transfer Case to Northern District of Illinois filed by BorgWarner Inc., BorgWarner Morse Tec Inc..Answering Brief/Response due date per Local Rules is 12/3/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E - Part 1# 6 Exhibit E - Part 2# 7 Exhibit E - Part 3# 8 Exhibit E - Part 4# 9 Exhibit E - Part 5# 10 Exhibit E - Part 6# 11 Exhibit F - Part 1# 12 Exhibit F - Part 2# 13 Exhibit F - Part 3# 14 Exhibit F - Part 4# 15 Exhibit G - Part 1# 16 Exhibit G - Part 2# 17 Exhibit H# 18 Exhibit I# 19 Exhibit J# 20 Exhibit K# 21 Exhibit L# 22 Exhibit M# 23 Exhibit N# 24 Exhibit O)(Gaza, Anne) (Entered: 11/14/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/15/2007 15:34:47 | | | |
| **PACER Login:** | jd0406 | **Client Code:** | 836567-625005 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00512-SLR Start date: 1/1/1970 End date: 11/15/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |