# Exhibit G

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI LTD. and UNISIA NORTH AMERICA, INC., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 05-048-SLR ) |
| BORGWARNER INC. and BORGWARNER MORSE TEC INC., | ) ) ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this \\+r day of August, 2006, having reviewed plaintiffs' motion for leave to file a third amended complaint, and the papers filed in connection in connection therewith;

IT IS ORDERED that said motion (D.I. 228) is **denied.** On June 9, 2006, an amended scheduling order was filed establishing July 24, 2006 as the fact discovery cut-off date. Plaintiffs' motion was filed on June 23, 2006, a month before the discovery cut-off date. The court declines to permit plaintiffs to pursue such filings at this late stage of the proceedings.

United States District Judge