# Exhibit L

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) | PUBLIC VERSION |
| Counterclaimant, | ) ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) | |
| Counterdefendants. | ) | |

**SUPPLEMENTAL DECLARATION OF LISA A. SCHNEIDER IN SUPPORT OF BORGWARNER'S MOTION FOR SUMMARY JUDGMENT THAT THE BUTTERFIELD PAPER SUBMITTED TO IMECHE <u>DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)</u>**

OF COUNSEL:

SIDLEY AUSTIN LLP
Hugh A. Abrams
Thomas D. Rein
Lisa Schneider
Marc A. Cavan
Lara V. Hirshfeld
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Date: December 19, 2006
Redacted Dated: December 28, 2006

Richard K. Herrmann (I.D. #405)
Lewis H. Lazarus (I.D. #2374)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue
Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
mmatterer@morrisjames.com

*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Plaintiffs, <br><br> v. <br><br> BORGWARNER INC. and BORGWARNER MORSE TEC INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 05-048-SLR ) ) ) ) ) |
| BORGWARNER INC., <br><br> Counterclaimant, <br><br> v. <br><br> HITACHI, LTD. and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., <br><br> Counterdefendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

**SUPPLEMENTAL DECLARATION OF LISA A. SCHNEIDER IN SUPPORT OF BORGWARNER'S MOTION FOR SUMMARY JUDGMENT THAT THE BUTTERFIELD PAPER SUBMITTED TO IMECHE <u>DOES NOT CONSTITUTE PRIOR ART UNDER 35 U.S.C. §§ 102(a) OR 102(b)</u>**

Lisa A. Schneider, under penalty of perjury declares as follows:

1. I am a member in good standing of the Bar of the State of Illinois and a partner at the law firm of Sidley Austin LLP, counsel to defendant BorgWarner in the above action.

CH1 3676604v.1

2. I submit this declaration in further support of defendant BorgWarner's Motion for Summary Judgment That The Butterfield Paper Submitted to IMechE Does Not Constitute Prior Art Under 35 U.S.C. §§ 102(a) Or 102(b).

3. Attached hereto as Exhibit 11 is a true and correct copy of attachment 16 to exhibit 3 to the deposition of Ms. Rogers. This document bears Bates label HIT0445543-72. I have no personal knowledge regarding the authenticity or accuracy of this document.

4. Attached hereto as Exhibit 12 is a true and correct copy of Attached hereto as Exhibit 3 is a true and correct copy of the cited pages of the January 20, 2006 deposition of Philip Mott.

5. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Hitachi, Ltd.'s and Unisia North America, Inc.'s Fifth Supplemental Responses to Defendants' First Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: December 13, 2006   By: _____
                               Lisa A. Schneider