# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-048-SLR |
| BORGWARNER INC., and BORGWARNER MORSE TEC INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| BORGWARNER INC., | ) ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| HITACHI, LTD., and HITACHI AUTOMOTIVE PRODUCTS (USA), INC., | ) ) ) ) | |
| Counterdefendants. | ) | |

**STIPULATION AND ORDER TO AMEND SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties and subject to the approval of the Court, that the following deadlines shall be extended to the dates indicated, but that the current case schedule otherwise shall remain unchanged:

| | |
|---|---|
| Opposition summary judgment briefs | 11-13-06 |
| Expert discovery to conclude | 12-07-06 |
| Daubert motions | 12-14-06 |
| Reply summary judgment briefs | 12-15-06 |
| Exchange of fact witness lists | 12-21-06 |
| Exchange of rebuttal fact witness lists | 01-22-07 |
| Deposing Fact Witnesses who have not been previously deposed | 02-22-07 |

| ASHBY & GEDDES | MORRIS, JAMES, HITCHENS & WILLIAMS LLP |
|---|---|
| */s/ John G. Day* | */s/ Mary B. Matterer* |
| Steven J. Balick (I.D. #2114) | Richard K. Herrmann (I.D. #405) |
| John G. Day (I.D. #2403) | Lewis H. Lazarus (I.D. #2374) |
| Tiffany Geyer Lydon (I.D. #3950) | Mary B. Matterer (I.D. #2696) |
| 222 Delaware Ave., 17th Floor | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 654-1888 | mmatterer@morrisjames.com |
| sbalick@ashby-geddes.com | |

*Of Counsel:*
William J. Robinson
Kenneth E. Krosin
Michael D. Kaminski
Pavan K. Agarwal
Liane M. Peterson
C. Edward Polk
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
(202) 672-5300
*Attorneys for Hitachi, Ltd. and Hitachi Automotive Products (USA), Inc.*

*Of Counsel:*
Hugh A. Abrams
Thomas D. Rein
Lisa A. Schneider
Marc A. Cavan
Lara V. Hirshfeld
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
*Attorneys for BorgWarner Inc. and BorgWarner Morse TEC Inc.*

**SO ORDERED** this _____ day of _____, 2006.

_____
Chief Judge Sue L. Robinson