IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BORGWARNER INC., and<br>BORGWARNER MORSE TEC INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HILITE INTERNATIONAL, INC.,<br>AISIN SEIKI CO., LTD, and<br>AISIN AUTOMOTIVE CASTING<br>TENNESSEE, INC.<br><br>　　　　　Defendants. | CIVIL ACTION NO.<br>07-C-3339<br><br>**The Honorable Mark Filip**<br>**United States District Court Judge**<br><br>**Magistrate Judge Valdez** |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused a true and correct copy of

1. A Notice of Motion

2. Defendant Hilite International, Inc.'s Motion for Transfer of Venue Under 28 U.S.C § 1404(a);

3. Memorandum in Support of Defendant Hilite International, Inc.'s Motion for Transfer of Venue Under 28 U.S.C § 1404(a); and

4. Declaration of Peter D. Siddoway in Support of Defendant Hilite International, Inc.'s Motion for Transfer of Venue Under 28 U.S.C § 1404(a)

to be electronically filed with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following at their e-mail address on file with the Court:

CLI-1567043

- 2 -

<u>VIA E-MAIL:</u>
Hugh A. Abrams habrams@sidley.com
James A. Hardgrove jhardgrove@sidley.com
Richard T. McCaulley, Jr. rmccaulley@sidley.com
Tracy A Braun tbraun@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312 853-7036

*Attorneys for Plaintiffs BorgWarner Inc. and BorgWarner Morse TEC Inc.*

Dated: November 16, 2007    s/ John M. Michalik
John M. Michalik
State Bar No. 6280622
jmichalik@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

CLI-1567043v4

- 2 -